862

No. 82–115.   CERVANTES *v.* TEXAS.   Ct. Crim. App. Tex.
Certiorari denied.

No. 82–119.   AMERICAN LAUNDRY PRESS CO. ET AL. *v.*
REXRODE.   C. A. 10th Cir.   Certiorari denied.

No. 82–120.   GREYHOUND LINES, INC. *v.* TRAILWAYS,
INC., ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 82–123.   TIMMONS *v.* ANDREWS ET AL.   C. A. 4th
Cir.   Certiorari denied.

No. 82–127.   JENNINGS *v.* ARKANSAS.   Sup. Ct. Ark.
Certiorari denied.

No. 82–128.   RUNCK ET AL. *v.* PHOENIX ASSURANCE
COMPANY OF CANADA ET AL.   Sup. Ct. N. D.   Certiorari
denied.

No. 82–129.   DALTON *v.* EMPLOYMENT SECURITY COM-
MISSION OF NORTH CAROLINA ET AL.   C. A. 4th Cir.   Cer-
tiorari denied.

No. 82–133.   PATEL ET AL. *v.* IMMIGRATION AND NATU-
RALIZATION SERVICE.   C. A. 5th Cir.   Certiorari denied.

No. 82–136.   AMBASSADOR COLLEGE *v.* GEOTZKE ET AL.
C. A. 11th Cir.   Certiorari denied.

No. 82–138.   HOWELL *v.* MANAGEMENT ASSISTANCE,
INC., ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 82–140.   SUAREZ ET AL. *v.* OHIO.   Ct. App. Ohio,
Franklin County.   Certiorari denied.